IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| FELIX MICHAEL CURE;<br>CHARLES WILLIAMS;<br>RASHAD WILLIAMS; and<br>DAQUANN MALIEK LARRY<br>WILLIAMS | Violations:  18 U.S.C. §§ 371<br>and 924(a)(1)(A) |

COUNT ONE

**False Statement During Purchase of a Firearm**

The Grand Jury Charges:

On or about September 15, 2025, in the District of North Dakota,

FELIX MICHAEL CURE

knowingly made a false statement and representation to Fleet Farm, in Fargo, North Dakota, Federal Firearm License Number: 3-45-017-01-7C-33828, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Fleet Farm, Federal Firearm License Number: 3-45-017-01-7C-33828, in that FELIX MICHAEL CURE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm being purchased, whereas in truth and in fact, he was purchasing the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

<center>COUNT TWO</center>

**<center>False Statement During Purchase of a Firearm</center>**

The Grand Jury Further Charges:

On or about November 3, 2025, in the District of North Dakota,

<center>FELIX MICHAEL CURE</center>

knowingly made a false statement and representation to Pawn Pros, LLC, in Fargo, North

Dakota, Federal Firearm License Number: 3-45-017-02-6C-01122, an entity licensed

under the provisions of Chapter 44 of Title 18, United States Code, with respect to

information required by the provisions of Chapter 44 of Title 18, United States Code, to

be kept in the records of Pawn Pros, LLC, Federal Firearm License Number: 3-45-017-

02-6C-01122, in that FELIX MICHAEL CURE did execute a Department of Justice,

Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction

Record, to the effect that he was the actual transferee/buyer of the firearm being

purchased, whereas in truth and in fact, he was purchasing the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

<center>2</center>

COUNT THREE

**False Statement During Purchase of a Firearm**

The Grand Jury Further Charges:

On or about August 5, 2025, in the District of North Dakota,

FELIX MICHAEL CURE

knowingly made a false statement and representation to Bill's Gun Shop and Range Fargo, in Fargo, North Dakota, Federal Firearm License Number: 3-45-017-07-6F-01650, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bill's Gun Shop and Range Fargo, Federal Firearm License Number: 3-45-017-07-6F-01650, in that FELIX MICHAEL CURE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm being purchased, whereas in truth and in fact, he was purchasing the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

<u>COUNT FOUR</u>

**Conspiracy to Commit Offense Against the United States**

The Grand Jury Further Charges:

In September 2025, in the District of North Dakota,

FELIX MICHAEL CURE and CHARLES WILLIAMS

knowingly and willfully conspired and agreed together and with each other, and with other persons both known and unknown to the grand jury, to defraud the United States of and concerning its governmental functions and rights, hereafter described, that is, False Statement During Purchase of a Firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

<u>Overt Acts</u>

In furtherance of the conspiracy and to effect the object thereof, one or more conspirators committed the following acts:

1.      It was part of said conspiracy that the defendant and others would and did use telecommunication facilities, including cellular telephones, to facilitate the straw purchase of a firearm;

2.      It was further a part of said conspiracy that the defendant and others would and did use United States currency in their firearms transactions;

3.      It was further a part of said conspiracy that the defendant and others used peer-to-peer money transfer services, including but not limited to Apple Cash, to send and receive payment for and proceeds of firearm straw purchases;

4

4.      On or about September 15, 2025, FELIX MICHAEL CURE knowingly made a false statement and representation to Fleet Farm, in Fargo, North Dakota, Federal Firearm License Number: 3-45-017-01-7C-33828, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Fleet Farm, Federal Firearm License Number: 3-45-017-01-7C-33828, in that FELIX MICHAEL CURE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm being purchased, whereas in truth and in fact, he was purchasing the firearm for another person;

In violation of Title 18, United States Code, Section 371.

COUNT FIVE

**Conspiracy to Commit Offense Against the United States**

The Grand Jury Further Charges:

In October and November 2025, in the District of North Dakota,

FELIX MICHAEL CURE and RASHAD WILLIAMS

knowingly and willfully conspired and agreed together and with each other, and with other persons both known and unknown to the grand jury, to defraud the United States of and concerning its governmental functions and rights, hereafter described, that is, False Statement During Purchase of a Firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

Overt Acts

In furtherance of the conspiracy and to effect the object thereof, one or more conspirators committed the following acts:

1.    It was part of said conspiracy that the defendant and others would and did use telecommunication facilities, including cellular telephones, to facilitate the straw purchase of a firearm;

2.    It was further a part of said conspiracy that the defendant and others would and did use United States currency in their firearms transactions;

3.    It was further a part of said conspiracy that the defendant and others used peer-to-peer money transfer services, including but not limited to Apple Cash, to send and receive payment for and proceeds of firearm straw purchases;

4.      On or about November 3, 2025, FELIX MICHAEL CURE knowingly made a false statement and representation to Pawn Pros, LLC, in Fargo, North Dakota, Federal Firearm License Number: 3-45-017-02-6C-01122, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Pawn Pros, LLC, Federal Firearm License Number: 3-45-017-02-6C-01122, in that FELIX MICHAEL CURE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm being purchased, whereas in truth and in fact, he was purchasing the firearm for another person;

In violation of Title 18, United States Code, Section 371.

## COUNT SIX

**Conspiracy to Commit Offense Against the United States**

The Grand Jury Further Charges:

In August 2025, in the District of North Dakota,

FELIX MICHAEL CURE and
DAQUANN MALIEK LARRY WILLIAMS

knowingly and willfully conspired and agreed together and with each other, and with other persons both known and unknown to the grand jury, to defraud the United States of and concerning its governmental functions and rights, hereafter described, that is, False Statement During Purchase of a Firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Overt Acts

In furtherance of the conspiracy and to effect the object thereof, one or more conspirators committed the following acts:

1.      It was part of said conspiracy that the defendant and others would and did use telecommunication facilities, including cellular telephones, to facilitate the straw purchase of a firearm;

2.      It was further a part of said conspiracy that the defendant and others would and did use United States currency in their firearms transactions;

3.      It was further a part of said conspiracy that the defendant and others used peer-to-peer money transfer services, including but not limited to Apple Cash, to send and receive payment for and proceeds of firearm straw purchases;

4.      On or about August 5, 2025, FELIX MICHAEL CURE knowingly made a false statement and representation to Bill's Gun Shop and Range Fargo, in Fargo, North Dakota, Federal Firearm License Number: 3-45-017-07-6F-01650, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bill's Gun Shop and Range Fargo, Federal Firearm License Number: 3-45-017-07-6F-01650, in that FELIX MICHAEL CURE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm being purchased, whereas in truth and in fact, he was purchasing the firearm for another person;

In violation of Title 18, United States Code, Section 371.

<u>FORFEITURE NOTICE</u>

Upon conviction of any or all of the offense(s) alleged in this Indictment,

FELIX MICHAEL CURE;
CHARLES WILLIAMS;
RASHAD WILLIAMS; and
DAQUANN MALIEK LARRY WILLIAMS

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d),

and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in

the commission of the offense(s), including, but not limited to, the following:

- One Glock, model 17Gen5, 9mm pistol, bearing Serial Number BZMV536; and

- One Glock, model 40Gen4, 10mm pistol, bearing Serial Number BYNW212.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

RML/th