# UNITED STATES DISTRICT COURT
## for the
### District of North Dakota

<table>
<tr><td>United States of America<br>v.<br><br>Rashad Williams<br><br><i>Defendant</i></td><td>)<br>)<br>)<br>)<br>)</td><td>Case No.  3:26-cr-53-3</td></tr>
</table>

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, tribal, or local law while on release.

(2)    The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

(3)    The defendant must appear in court as required and must surrender to serve any sentence imposed.

The defendant must appear at: _____
(*If blank, to be notified*)                                    *Place*

on  _____
                                    *Date and Time*

(4)    The defendant must sign an Appearance Bond, if ordered.

Local AO 199B     (Rev. 4/25)  Additional Conditions of Release

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the release of the defendant is subject to **the conditions set forth below:**

(5) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by Pretrial Services Officer Christine Argall, 701-530-2407, and must report within 24 hours of release.

(6) Defendant shall not change their residence without prior approval of the Pretrial Services Officer.

(7) Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to the Fargo/Moorhead area

(8) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening or participate in a remote alcohol testing program using continuous electronic alcohol testing at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

(9) Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

(10) Defendant shall not knowingly or intentionally have any direct or indirect contact with witness(es) or co-defendant(s), except that counsel for the defendant, or counsel's agent or authorized representative may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense, and Defendant may have contact with his brother, Charles Williams, so long as they have no case-related communications.

(11) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(12) Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(13) Defendant shall maintain or commence an educational program.

(14) Defendant shall surrender any passport and other foreign travel document(s) to the United States Probation and Pretrial Services Office within 24 hours of release.

(15) Defendant shall not obtain a passport and other foreign travel document(s).

(16) Defendant must participate in the following location restriction program and comply with its requirements as directed by the Pretrial Services Officer

> Curfew:  You are restricted to your residence every day from 8:00 pm to 6:00 am, or as directed  by the Pretrial Services Officer.

Local AO 199C    (Rev. 4/25)  Advice of Penalties and Sanctions

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

### Directions to United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(    )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

(    )  **Other:**

Date:        03/23/2026

*/s/Alice R. Senechal*
_____
Alice R. Senechal, Magistrate Judge