**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

**Criminal No. 3:26-cr-53**

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Charles Williams,<br><br>                    Defendant. | **REQUEST FOR NOTICE**<br>**PURSUANT TO**<br>**FED. R. EVID. 807(b)** |

Charles Williams, through his attorney, Michael Minard, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 807(b), of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Rule 807 of the Federal Rules of Evidence sufficiently in advance of trial, so Mr. Williams is afforded a fair opportunity to contest the use of the evidence. Mr. Williams requests that notice of any evidence subject to the requirements of FED. R. EVID. 807 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

Date:  March 24, 2026          Respectfully submitted,

Michael Minard (MN#0390766)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
Michael@ringstromdekrey.com