AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

REC'D USMS-FARGO, ND
'26 MAR 12 PM4:09

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Felix Michael Cure | ) | Case No.    3:26-cr-53 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Felix Michael CURE                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

False Statement During Purchase of a Firearm
Conspiracy to Commit Offense Against the United States
Forfeiture Notice

Date:    03/12/2026

/s/ Pamela Bloomquist
*Issuing officer's signature*

City and state:    Fargo, ND

Pamela Bloomquist, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/12/2026, and the person was arrested on *(date)* 03/19/2026
at *(city and state)*    Fargo, ND.

Date: 03/20/2026

Arresting officer's signature

Jeff Meyer, DUSM
*Printed name and title*