AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

REC'D USMS-FARGO, ND
'26 MAR 12 PM4:09

| United States of America | ) |
|---|---|
| v. | ) |
| Rashad Williams | ) Case No.   3:26-cr-53 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Rashad WILLIAMS                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Offense Against the United States
Forfeiture Notice

Date:    03/12/2026

/s/ Pamela Bloomquist
*Issuing officer's signature*

City and state:    Fargo, ND

Pamela Bloomquist, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)*   03/12/2026  and the person was arrested on *(date)*   03/19/2026
at *(city and state)*   Moorhead, MN  .

Date:   03/19/2026

*Arresting officer's signature*

Jeff Meyer, DUSM
*Printed name and title*