AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

REC'D USMS-FARGO, ND
'26 MAR 12 PM4:09

| United States of America | ) |
|---|---|
| v. | ) |
| Daquann Maliek Larry Williams | ) |
| | ) |
| *Defendant* | ) |

Case No.    3:26-cr-53

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Daquann Maliek Larry WILLIAMS                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Offense Against the United States
Forfeiture Notice

Date:     03/12/2026

/s/ Pamela Bloomquist

*Issuing officer's signature*

City and state:     Fargo, ND

Pamela Bloomquist, Deputy Clerk

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/12/26 , and the person was arrested on *(date)*  3/28/26 at *(city and state)*  Minneapolis MN . |
| Date:  4/2/26 |

*Arresting officer's signature*

DUSM     Stacy Derringer

*Printed name and title*