PS 8
(Rev. 2/2013)

# United States District Court
## For The
## District of North Dakota

### Petition for Action on Conditions of Pretrial Release

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 3:26CR00053-1 |
| | ) | |
| Felix Michael Cure | ) | |

COMES NOW, Christine Argall, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Felix Michael Cure  who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on March 24, 2026, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by Pretrial Services Officer Christine Argall, 701-530-2407.

6. Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to North Dakota.

7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

PS 8
(Rev. 2/2013)
Cure, Felix
0868 3:26CR00053

8. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

9. Defendant shall not knowingly or intentionally have any direct or indirect contact with any co-defendants or witnesses, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

10. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

11. Defendant shall not change his residence without prior approval of the Pretrial Services Officer.

12. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Office.

13. Defendant shall not obtain a passport or any other foreign travel document(s).

14. Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition # 7: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On or about March 25, 2026, the defendant tested positive for methamphetamine and marijuana.

2. **Violation of Condition # 7: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On or about May 6, 2026, the defendant admitted to using marijuana and methamphetamine throughout April 2026 with his last use being May 4, 2026.

PS 8
(Rev. 2/2013)
Cure, Felix
0868 3:26CR00053

3. **Violation of Condition # 7**: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On or about May 16, 2026, the defendant tested positive for alcohol, marijuana, amphetamine, and methamphetamine. He admitted to the use.

4. **Violation of Condition # 7**: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** The defendant failed to report for urinalysis testing on the following dates: April 24, 2026, April 29, 2026, May 7, 2026, May 9, 2026, May 13, 2026, May 14, 2026, May 24, 2026, May 27, 2026, and May 30, 2026.

PRAYING THAT THE COURT WILL ORDER: A summons will be issued for Felix Michael Cure and hearings be held to determine if he violated his conditions of Pretrial Release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Christine Argall                    06/05/2026
U.S. Pretrial Services Officer
Place: Fargo

PS 8
(Rev. 2/2013)
Cure, Felix
0868 3:26CR00053

# ORDER OF THE COURT

Considered and ordered this 5th day of June, 2026, and ordered filed and made a part of the

record in the above case.

☐  Warrant to be issued

☑  Summons to be issued

☐  Notice of hearing to be filed

☐  Modification of the defendant's conditions of release

☐  Other

_____

Alice R. Senechal
U.S. Magistrate Judge