Local AO 83 (Rev. 2/11) Summons in a Criminal Case

REC'D USMS-FARGO, ND
'26 JUN 8 AM 9:15

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>Felix Michael Cure<br><br><br>*Defendant* | )<br>)<br>)<br>)   Case No.   3:26-cr-53<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information    ❑ Superseding Information          ❑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition    ☑ Violation Notice    ❑ Order of Court

| Place: | Courtroom No.: 2 |
|---|---|
| Quentin N. Burdick US Courthouse, 655 1st Ave. N., Fargo, ND | Date and Time:   06/18/2026 2:00 pm |

This offense is briefly described as follows:

Alleged violation(s) of Pretrial release.

Date:     06/05/2026

*/s/ Bre Solberg Luedtke*
*Issuing officer's signature*
Bre Solberg Luedtke, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ❑ Returned this summons unexecuted

Date:   6/9/26

*Server's signature*

M. STAAS          DUSM
*Printed name and title*

Local AO 83 (Rev. 2/11) Summons in a Criminal Case (Page 2)

Case No.  3:26-cr-53

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____

☑ I personally served the summons on this defendant   FELIX   CURE   at
*(place)*  FARGO , ND            on *(date)*  6/9/26    ; or

☐ On *(date)* _____   I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned:  6/9/26

_____
*Server's signature*

M. SAAS            DUSM
_____
*Printed name and title*

Remarks: