IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:26-cr-53 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | |
| Rashad Williams, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Rashad Williams, by and through counsel, respectfully requests an Order from this Court continuing the motion filing deadline and jury trial. The trial is currently scheduled for June 23, 2026.

Counsel and Mr. Williams need additional time to review the discovery that has currently been disclosed and to continue settlement negotiations with the United States. Additionally, a continuance will allow counsel to exercise due diligence in the investigation of Mr. Williams' defenses and trial preparation.

This motion is not made for the purpose of undue delay nor any other improper reason.

Mr. Lee has no objection to this request.

Dated: June 14, 2026.

/s/ Stormy Vickers
Stormy Vickers (ND 06539)
Attorney for Defendant
808 3rd Ave S., Ste 201
Fargo, ND 58103
T: 701.365.4884
F: 701.365.4885