UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Charles Williams,<br><br>        Defendant. | Case No. 3:26-cr-53<br><br>**MOTION TO CONTINUE** |

The Defendant, Charles Williams, by and through her attorney, moves this Honorable Court for an Order continuing the motion filing deadline and jury trial. The trial is currently scheduled for June 23, 2026.

Counsel and Mr. Williams need additional time to review discovery and potentially reach a resolution with the United States short of a jury trial. This motion is made in the interests of justice and not for purposes of delay.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and will submit a waiver of speedy trial with this motion.

Mr. Lee has no objection to this request.

Dated this 16th day of June, 2026.

Respectfully submitted,

_____

Michael Minard (MN#0390766)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
Michael@ringstromdekrey.com