Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

REC'D USMS-FARGO, ND
'26 JUN 4 PM 2:51

United States of America
v.

Rashad Williams

Defendant

)
)
)
)
)
)

Case No.   3:26-cr-53

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                        Rashad Williams                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☑ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Alleged violation(s) of pretrial release.

Date:   06/04/2026

/s/ Bre Solberg Luedtke
*Issuing officer's signature*

Bre Solberg Luedtke, Deputy Clerk
*Printed name and title*

City and state:   Fargo, ND

---

**Return**

This warrant was received on *(date)* 6/4/26 , and the person was arrested on *(date)* 6/5/26
at *(city and state)* Moorhead, MN .

Date: 6/17/26

*Arresting officer's signature*

Dyson J. Moe
*Printed name and title*