UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX MICHAEL CURE,<br><br>Defendant. | Cr. No. 3:26-cr-53<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant, Felix Michael Cure, submits the following documents in support of his sentencing hearing to be held on October 28, 2026:

1. Jail programming certificates.

Dated this 21st day of October, 2026.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Rhiannon Gorham*
Rhiannon Gorham
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile: 701-239-5098
filinguser_SDND@fd.org